Judge Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SUQUAMISH TRIBE, a federally-recognized Indian Tribe,<br><br>       Plaintiff,<br><br>   v.<br><br>UNITED STATES ARMY CORPS OF ENGINEERS, an agency within the United States Department of Defense; JOHN McHUGH, in his official capacity as Secretary of the Army; COLONEL BRUCE A. ESTOK, in his official capacity as Commander and District Engineer of the Seattle District of the United States Army Corps of Engineers; the UNITED STATES DEPARTMENT OF THE NAVY, an agency within the United States Department of Defense; RAY MABUS, in his official capacity as Secretary of the Navy; ROGER M. NATSUHARA in his official capacity as Principal Deputy Assistant Secretary of the Navy; CAPTAIN PETER M. DAWSON, in his official capacity as Commanding Officer of Naval Base Kitsap; the NATIONAL MARINE FISHERIES SERVICE, a part of the National Oceanic and Atmospheric Administration, an agency within the United States Department of Commerce; and WILLIAM W. STEEL, JR., in his official capacity as Regional Administrator of the National Marine Fisheries Service,<br><br>       Defendants. | No. 2:12-cv-01455-RSL<br><br>NOTICE OF RELATED CASE |

NOTICE OF RELATED CASE
NO. 2:12-cv-01455-RSL

U.S. DEPARTMENT OF JUSTICE
999 18TH ST., SOUTH TERRACE-STE. 370
DENVER, CO 80202
(303) 844-1376

PLEASE TAKE NOTICE that this case is related to *Ground Zero Center for Nonviolent Action v. U.S. Department of the Navy*, Case No. 3:12-cv-05537, filed on June 19, 2012 and currently pending before Judge Ronald B. Leighton.

The cases are factually related because they both challenge the Navy's decision, signed on May 4, 2012, to construct and operate a proposed second explosives handling wharf at Naval Base Kitsap at Bangor, Washington. The more recent case brought by the Suquamish Tribe also challenges related authorizations for the project issued by the U.S. Army Corps of Engineers and the National Marine Fisheries Service.

In addition, some of the claims brought in the *Ground Zero* case are the same or similar to the claims brought by the Suquamish Tribe. In both cases, the plaintiffs allege that the Navy's decision violates the National Environmental Policy Act. The case filed by the Suquamish also alleges violations of treaty rights, federal trust responsibilities, due process, the Rivers and Harbors Act, the Clean Water Act, and the Endangered Species Act.

Given that both cases challenge the same underlying action, the Navy's construction and operation of the proposed second explosives handling wharf at Naval Base Kitsap, and there will be substantial overlap in the factual and legal issues that the Court must consider in resolving the respective plaintiffs' claims, the interests of judicial economy and judicial efficiency would be served by relating these two cases. Accordingly, this case should be reassigned to Judge Leighton.

Respectfully submitted this 30th day of August, 2012.

IGNACIA S. MORENO
Assistant Attorney General

/s/ Luther L. Hajek
LUTHER L. HAJEK
Trial Attorney

NOTICE OF RELATED CASE
NO. 2:12-CV-01455-RSL
PAGE 1

U.S. DEPARTMENT OF JUSTICE
999 18TH ST., SOUTH TERRACE-STE. 370
DENVER, CO 80202
(303) 844-1376

| | |
|---|---|
| 1 | |
| 2 | U.S. Department of Justice |
| 3 | Environment & Natural Resources Division |
|   | Natural Resources Section |
| 4 | 999 18th Street, South Terrace - Suite 370 |
|   | Denver, CO 80202 |
| 5 | Tel: (303) 844-1376 |
|   | Fax: (303) 844-1350 |
| 6 | luke.hajek@usdoj.gov |
| 7 | /s/ Peter Kryn Dykema |
|   | PETER KRYN DYKEMA |
| 8 | Trial Attorney |
|   | U.S. Department of Justice |
| 9 | Environment & Natural Resources Division |
|   | Natural Resources Section |
| 10 | P.O. Box 663 |
| 11 | Washington, D.C.  20044-0663 |
|    | Ph: (202) 305 0436 |
| 12 | Fax: (202) 305 0274 |
|    | Email: peter.dykema@usdoj.gov |
| 13 | |
| 14 | Attorneys for Defendants |
| 15–28 | |

**CERTIFICATE OF SERVICE**

 I HEREBY CERTIFY that on August 30, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

James Rittenhouse Bellis
Email:  Rbellis@suquamish.Nsn.Us

Julie K. Ainsworth-Taylor
Email:  Taylor@bnd-Law.Com

Melody L Allen
Email:  Mallen@suquamish.Nsn.Us

David A Bricklin
Email:  Bricklin@bnd-Law.Com

           /s/ Luther L. Hajek
           LUTHER L. HAJEK
           Trial Attorney
           U.S. Department of Justice
           Environment & Natural Resources Division
           Natural Resources Section
           999 18th Street, South Terrace - Suite 370
           Denver, CO 80202
           Tel: (303) 844-1376
           Fax: (303) 844-1350
           luther.hajek@usdoj.gov

NOTICE OF RELATED CASE
NO. 2:12-CV-01455-RSL
PAGE 3

U.S. DEPARTMENT OF JUSTICE
999 18TH ST., SOUTH TERRACE-STE. 370
DENVER, CO 80202
(303) 844-1376