UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SUQUAMISH TRIBE, | No. C12-1455RSL |
| Plaintiff, | |
| v. | ORDER GRANTING PERMISSION TO FILE OVERLENGTH MOTION |
| UNITED STATES ARMY CORPS OF ENGINEERS, *et al.*, | |
| Defendants. | |

This matter comes before the Court on plaintiff's "Motion for Permission to File Over-Length Brief in Support of Plaintiff's Motion for Preliminary Injunction." Dkt. # 9. The motion is GRANTED. Plaintiff may file a motion for preliminary injunction[1] that does not exceed thirty pages. Pursuant to Local Civil Rule 7(f)(4), the opposition brief may be thirty pages long and the reply brief shall not exceed fifteen pages.

Dated this 31st day of August, 2012.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

---

[1] Pursuant to Local Civil Rule 7(b)(1), "[t]he argument in support of the motion shall not be made in a separate document but shall be submitted as part of the motion itself" and the moving party must present a proposed order with the motion.

ORDER GRANTING PERMISSION
TO FILE OVERLENGTH MOTION