The Honorable Ronald B. Leighton

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASINGTON
AT TACOMA

| | |
|---|---|
| THE SUQUAMISH TRIBE,<br><br>                    Plaintiff,<br><br>    v.<br><br>THE UNITED STATES ARMY CORPS OF ENGINEERS, et al.,<br><br>                    Defendants. | Civil No. 12-cv-01455-RBL<br><br>MOTION FOR VOLUNTARY DISMISSAL<br><br>Note for Motion Calendar:<br><br>February 8, 2013 |

Plaintiff Suquamish Tribe moves this Court for an order voluntarily dismissing this action without prejudice and on such terms and conditions as the Court deems proper. Fed. R. Civ. P. 41 (a) (2).  A district court should grant a motion for voluntary dismissal under Fed. R. Civ. P. 41 (a)(2) unless a defendant can show that it will suffer some plain legal prejudice as a result. *Smith v. Lenches*, 263 F.3d 973, 975 (9th Cir. 2001).  The inconvenience of future litigation or if a defendant has already begun trial preparation does not constitute plain legal prejudice. *Hamilton v. Firestone Tire and Rubber Co.*, 679 F.2d 143, 145 (9th Cir. 1982).

Defendants filed an answer on October 29, 2012 (Dkt. 62), but made no counterclaims and therefore, would not suffer substantial prejudice by the dismissal of this action.  For these reasons, the Tribe respectfully requests dismissal of this case without prejudice under Rule 41

1   (a)(2).

2   DATED this 8th day of February, 2013.

3                                              Respectfully Submitted,

4

5                                              /s Melody L. Allen, WSBA #35084
                                               /s James R. Bellis, WSBA # 29226
                                               The Suquamish Tribe
6                                              18490 Suquamish Way
                                               P.O. Box 498
7                                              Suquamish, WA 98392
                                               *Counsel for the Suquamish Tribe*

8

9
                        CERTIFICATE OF SERVICE
10

11  I HEREBY CERTIFY, under penalty of perjury, that on the 8th day of February, 2013, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic
12  Filing:

13  Peter Kryn Dykema
    U.S. Department of Justice
14  Environment & Natural Resources Division - Natural Resources Section
    P.O. Box 663
15  Washington, D.C. 20044-0663
    601 D Street NW
16  Washington, D.C.  20530
    Ph: (202) 305 0436
17  Fax: (202) 305 0274
    E-mail: peter.dykema@usdoj.gov
18  (Attorney for federal defendants)

19  Luther L. Hajek
    U.S. Department of Justice
20  Environment & Natural Resources Division - Natural Resources Section
    999 18th Street
21  South Terrace – Suite 370
    Denver, CO  80202
22  Telephone: 303-844-1376
    Telefax: 303-844-1350
23  E-mail: luther.hajek@usdoj.gov

MOTION FOR VOLUNTARY            Page 2          Office of Tribal Attorney
DISMISSAL                                       THE SUQUAMISH TRIBE
                                                P.O. Box 498
                                                Suquamish, WA 98392
                                                (360) 598-3311  Fax (360) 598-4293

1  (Attorney for federal defendants)

2  Matthew B. Henjum
   U.S. Department of Justice
3  Environment & Natural Resources Division - Environmental Defense Section
   P.O. Box 7611
4  Washington, D.C. 20044
   Telephone: (202) 514-2285
5  Fax: (202) 514 8865
   matthew.henjum@usdoj.gov
6  (Attorney for federal defendants)

7  Rickey Doyle Turner Jr.
   Environment and Natural Resources Division
8  Wildlife & Marine Resources Division
   999 18th Street
9  South Terrace – Suite 370
   Denver, CO  80202
10 Telephone:  303-844-1373
   Fax:  303-844-1350
11 E-mail: rickey.turner@usdoj.gov
   (Attorney for defendants)

12

13 Brian C. Kipnis
   Assistant United States Attorney
14 5220 United States Courthouse
   700 Stewart Street
15 Seattle, WA 98101-1671
   Telephone: (206) 553-7970
16 Fax: (206) 553-4073
   E-mail: brian.kipnis@usdoj.gov
17 (Attorney for defendants)

                                          s/Melody L. Allen
18                                        Melody L. Allen

19

20

21

22

23

MOTION FOR VOLUNTARY          Page 3          Office of Tribal Attorney
DISMISSAL                                     THE SUQUAMISH TRIBE
                                              P.O. Box 498
                                              Suquamish, WA 98392
                                              (360) 598-3311  Fax (360) 598-4293