1

The Honorable Ronald B. Leighton

2

3

4

5

6

7                                   UNITED STATES DISTRICT COURT
                                  WESTERN DISTRICT OF WASINGTON
                                            AT TACOMA

8

THE SUQUAMISH TRIBE,

9                                                              Civil No. 12-cv-01455-RBL

                                    Plaintiff,

10                                                             ORDER
                                                             VOLUNTARY DISMISSAL
        v.

11

THE UNITED STATES ARMY CORPS

12   OF ENGINENERS, et al.,

13                                   Defendants.

14          This Court having fully considered the Motion for Voluntary Dismissal filed by the

15   Suquamish Tribe, the Court HEREBY GRANTS the Motion and dismisses this case without

16   prejudice.

17   Dated this 19th day of February, 2013.

18

19          _____
                   RONALD B. LEIGHTON
20                 UNITED STATES DISTRICT JUDGE

21

22

23

ORDER VOLUNTARY DISMISSAL          Page 1          Office of Tribal Attorney
Case No. 12-cv-1455                                THE SUQUAMISH TRIBE
                                                   P.O. Box 498
                                                   Suquamish, WA 98392
                                                   (360) 598-3311  Fax (360) 598-4293

1   Presented by:

2   s/ Melody L. Allen
    WSBA #35084
3   The Suquamish Tribe
    18490 Suquamish Way
4   P.O. Box 498
    Suquamish, WA 98392
5   *Counsel for the Suquamish Tribe*

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

ORDER VOLUNTARY DISMISSAL          Page 2
Case No. 12-cv-1455